WILLIAM J. MCCORMACK SAND DIVISION v.
MAYOR & COUNCIL OF THE TWP. OF PLAINSBORO.

April 4, 1977. Petition for certification granted.

VENUS CASTELLON v. HUGH E. GREENAN.

April 4, 1977. Petition for certification denied. (See 145 *N. J. Super.* 134)

STATE OF NEW JERSEY v. THOMAS SMEEN.

April 4, 1977. Petition for certification denied. (See 147 *N. J. Super.* 229)

ARTHUR C. WILLIAMS v. JOSEPH DEMETSKI.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MITCHELL NELMS.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. FRED CAPPADONNA.

April 4, 1977. Petition for certification denied.